

**ORIGINAL**

| | |
|---|---|
| CHRISTOPHER R. EVANS, 2463<br>2524 Oahu Avenue<br>Honolulu, Hawaii 96822<br>Telephone: (808) 988-5375<br><br>Attorney for Defendant | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>MAR 20 2006<br><br>at _1_ o'clock and ___ min. __ M<br>SUE BEITIA, CLERK |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD PRICE,<br>a.k.a. "Cooty",<br><br>    Defendant. | CR. NO. 05-00365 DAE<br><br>DEFENDANT'S STATEMENT OF NO OBJECTION TO PROPOSED PRESENTENCE REPORT DATED MARCH 6, 2006; AND CERTIFICATE OF SERVICE<br><br>SENTENCING DATE: April 17, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Honorable David A. Ezra |

### DEFENDANT'S STATEMENT OF NO OBJECTION TO PROPOSED PRESENTENCE REPORT DATED MARCH 6, 2006

    COMES NOW, defendant EDWARD PRICE, by his counsel of record, Christopher R. Evans, Esq., and subject to his sentencing memorandum filed contemporaneously with his statement of no objection, hereby states that he has no objection to the proposed presentence investigation report prepared by the U.S. Probation Office for the District of Hawaii, report dated March 6, 2006.

DATED: Honolulu, Hawaii, _____3-20_____, 2006.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the attached document has been duly delivered by means of the U.S. Mail, postage prepaid, or hand-delivered to the following-named party on _____3-20_____, 2006.

|  | By: | U.S. Mail | Hand Delivered |
|---|---|---|---|
| TO: FLORENCE NAKAKUNI, ESQ.<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |  | [ ] | [✓] |
| U.S. PROBATION OFFICE<br>ATTN: Ann Shimokawa<br>Ground Floor, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 |  | [ ] | [✓] |

DATED: Honolulu, Hawaii, _____3-20_____, 2006.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Defendant