EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00365 DAE |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF |
| | ) | THE UNITED STATES; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| EDWARD PRICE, | ) | Date: April 17, 2006 |
| a/k/a: "Cooty" | ) | Time: 3:00 p.m. |
| | ) | Judge: David Alan Ezra |
| Defendant. | ) | |
| | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections to this draft presentence report.

DATED: March 23, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Jonathan M. F. Loo
   JONATHAN M. F. LOO
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First-Class Mail:

CHRISTOPHER R. EVANS, ESQ.                March 23, 2006
2524 Oahu Avenue
Honolulu, HI 96822

Attorney for Defendant
EDWARD PRICE, aka "Cooty"


Served by Hand-Delivery:                  March 23, 2006

U.S. PROBATION OFFICE
ATTN: Ann Shimokawa
300 Ala Moana Boulevard
Honolulu, HI 96850


DATED:  Honolulu, Hawaii, March 23, 2006.


                                          /s/ M. Derby-Taufa'asau