ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 3 2006

at 12 o'clock and 48 min. PM
SUE BEITIA, CLERK

CHRISTOPHER R. EVANS, 2463
2524 Oahu Avenue
Honolulu, Hawaii  96822
Telephone:  (808) 988-5375

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00365 DAE |
| ) | |
| Plaintiff, ) | CHARACTER REFERENCE |
| ) | LETTERS (5); AND CERTIFICATE |
| vs. ) | OF SERVICE |
| ) | |
| EDWARD PRICE, ) | SENTENCING DATE: April 17, 2006 |
| a.k.a. "Cooty", ) | TIME:        3:00 p.m. |
| ) | JUDGE:    Honorable David A. Ezra |
| Defendant. ) | |
| ) | |

## CHARACTER REFERENCE LETTERS ( )

COMES NOW, defendant EDWARD PRICE, by his counsel of record, Christopher R. Evans, Esq., and hereby submits 5 character reference letters.

DATED:  Honolulu, Hawaii, _____4-13_____, 2006.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Defendant