# ROBERT PRICE

98-151 Kaluamoi Place
Pearl City, HI 96782
(808) 487-5492

April 13, 2006

Honorable Judge David Ezra
Senior United States District Judge
300 Ala Moana Blvd.
Honolulu, HI 96850

Dear Judge Ezra:

My name is Robert Price and I am the brother of Edward Price. I am an Adult Corrections Officer for the Department of Corrections Division at Halawa/Waiawa and have been employed there for more than nineteen years. On a daily basis I witness what effect drug addiction has on individuals as well as their families. My brother Edward's family and my own family have experienced the terrible repercussions of a drug addicted family member. My father, my older sister, and I pleaded with him to stop taking drugs and to turn his life around. Unfortunately, his addiction proved stronger that his family's love for him.

I knew from my work experience that there could only be three outcomes: (1) he could by killed while doing drugs; (2) he could by killed by trying to obtain drugs; and (3) he would by incarcerated for taking illegal drugs. Frankly, I was relieved that he was incarcerated-it probably saved his life. He is currently residing in the Federal Detention Center on Nimitz. Although it was a terrible blow to our family, it was not unexpected.

Your Honor, I believe that this incarceration has actually helped him realize his wrong-doings. He is trying to redeem himself and is fully cooperating with federal and state authorities to stop major meth-amphetamine rings in the islands.

Your Honor, I ask you to please consider releasing my brother. He has three daughters and they desperately need their father. I am willing to take on this additional responsibility, supporting my brother and his family until he is healed and can stand on his own. During my brother's incarceration, our sister Barbra was diagnosed with cancer and passed away on April 05, 2006. Our father also had heart surgery in the mainland during this time period. I know that these family traumas also weighed heavily on my brother heart.

Although our sister is no longer here to encourage and support him, she is with him in spirit. Our father lives in Florida and we talk weekly on the telephone. I know that he is committed to support and love Edward, too.

Again, Your Honor, I ask that you show mercy on my brother Edward and grant him a release. I know that our family can help turn his life around.

If you have questions or need additional information from me, I would be pleased to meet with you. Please feel free to contact me at the above address and telephone number.

Thank you for the opportunity to express any feelings and thoughts concerning my brother. I appreciate your time and consideration.

Sincerely,


ROBERT PRICE