To Judge Ezra and whomever else this may concern,

    My name is Cara Price and I am writing in behalf of my father Edward Price. My dad has sentencing on April 17,2006 and I wanted to write to you and show you that my dad has support from his family and, to try and explain to you the kind of guy my father is in my eye's and maybe just maybe you'll will be able to see that he does not belong in a prison for a long time. I agree that he does deserve to be where he's at, but he's done his time and far longer than he should be. If you took the time to get to know the inside of my dad and not his outward appearance , or what your reading from a file on him you would see that my father is a kind, generous, helpful, humorous man who try's to do anything he can to please his family especially his daughters, when we first moved moved to this island my dad had a job at gentry construction for about four or five years he was paid very well and the money was consistent, he had money to pay the bill's, give my mom money, and take his daughters shopping. So as you can see he was used to always having money there, when he got laid off from his job, he tried to go and get other jobs and when he didn't get them we went on welfare and everything just went spiraling downwards from that point on. He met the wrong people and that was the start of his drug use, at first it was just him mainly using and then he got into selling, then I guess in his eye's all his problems went away the money was fast, his family wasn't complaining anymore, and everybody got what they wanted. Over the years he continued living this life and as we all learned with his life of doing and selling drugs there was a big downside and lots of problems, but even when there was all that stress my dad was always there for his kids and never gave up on us and always tried to support us and keep food on the table and in the refrigerator at all times. I love my dad very much and I will always appreciate him for letting us survive in this world. It may have been the wrong way to go but he's learning from his mistakes and I can see now that he's in jail that he wants to change for the better not just for his family but mainly for his self. Every time I go to see him he talks about getting a job, going to N.A classes, getting into a in-house rehab center, and honestly in my opinion that's what he truly needs because in all realness he was way more of a user than he was a seller, and he's ready to change his life and I believe him, I know he's looking different at life because for the first time in my life my dad was talking to me about GOD, it made me cry and have a reason to be proud of him and actually believe that he can do this. Hopefully you can understand that he wants help and that second chance to be with his family and make it right. In all do respect my dad needs to be treated like all the other users of this drug and given a chance to change and go to rehab, and not be locked up like he's a murderer , judge Ezra my dad is almost 50 years old and I know that he doesn't want to spend the rest of his life in prison, so please give him the chance to prove that to you. Thank you for giving me the chance to speak.

                                                                  THANK YOU,
                                                                  CARA PRICE