To whom it may concern:

When asked to write this letter I really didn't know if I could because I have so many conflicting emotions towards my husband (Edward Trice). What it all really breaks down to is every human being makes mistakes. My husband has made many that not only hurt himself but me and my children as well. But I do believe he deserves the opportunity to correct those mistakes. My husband was a good man, husband, father for many years. He got caught up in a cycle (Drugs) that he didn't know how to walk away from. I've seen it happen to so many men who loose their jobs and turn to selling drugs as a means of supporting their families. They don't understand that its an endless circle that gets them no where. I think his incarceration was the best thing for all of us. He's had many hours to think of the wrongs he's done, of the time he should have been spending with his family. I've had time to realize that the mistakes weren't all his and accept the things I can't change. And be able to support him in whatever way he needs. And my husband and children have been able to create the bond between them that had been missing for the last couple of years. My husband can be a good man. He's a good leader. Maybe you have it in your authority to have him work with misguided teenagers, or something to that effect. He'd be great.

Thank you for your time



a. Price