Judge Ezra,

My name is Breanna Price my father is Edward Price. I am writing to you to please consider giving my father a short sentence. I understand that what he did was wrong. In fact I was the one telling him that. The thing is since he's been in prison and off of drugs, I feel like we are actually forming a relationship. When he was on drugs, I feel like my mom, my sisters, and I were just people who lived in his house. Now I feel like we are becoming a family again. I know if my dad comes home soon we could make up for alot of lost time and memories. Thank you for taking the time to read my letter.

thank you,

Breanna Price

BreAnna Price