JUDGE EZRA,

I AM WRITTING TO YOU BECAUSE MY DAD EDWARD PRICE HAS SENTENCING COMING UP. I THINK MY DAD SHOULD EITHER BE RELEASED ON HIS TIME SERVED WITH PROBATION OR IF THATS NOT POSSIBLE THEN IN MY OPINION HE SHOULD HAVE A SHORTENED SENTENCE. HE HAS BEEN VERY COOPERTIVE WITH WHATEVER INFORMATION THE FBI, OR HPD NEEDED. HE'S GIVEN NO PROBLEMS TO ANYBODY WHILE HE HAS BEEN IN PRISON AND THATS BECAUSE HE WANTS TO COME HOME TO HIS FAMILY AND HE WANTS TO SHOW THAT HE CAN CHANGE HIS WAYS. HE, MY MOM AND SISTERS NEED HIM HOME AND I THINK TOGETHER WE CAN ALL HELP HIM GET THROUGH THIS. I WANT TO BE A NORMAL FAMILY AGAIN AND NOT JUST A DISFUNCTIONAL ONE. IF YOU GIVE HIM THIS CHANCE TO COME HOME, I KNOW WE WILL BE AND I KNOW HE WILL PROVE TO EVERYBODY THAT IF HE CAME OUT, HE WOULD BE A CHANGED MAN AND WOULDN'T DO ANYTHING TO PUT HIMSELF BACK IN PRISON. THANK YOU FOR TAKING ME AND MY FAMILYS LETTERS INTO CONSIDERATION. PLEASE GIVE US ALL OUR SECOND CHANCE.

THANK YOU VERY MUCH
ALEXIS PRICE