CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the attached document has been duly delivered by means of the U.S. Mail, postage prepaid, or hand-delivered to the following-named party on _____4-13_____, 2006.

|  | By: | U.S. Mail | Hand Delivered |
|---|---|---|---|
| TO: FLORENCE NAKAKUNI, ESQ.<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |  | [ ] | [✓] |
| U.S. PROBATION OFFICE<br>ATTN: Ann Shimokawa<br>Ground Floor, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 |  | [ ] | [✓] |

DATED: Honolulu, Hawaii, _____4-13_____, 2006.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Defendant