# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00365DAE

CASE NAME:        USA v. Edward K. Price

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra            REPORTER:

DATE:     4/25/2006                  TIME:

COURT ACTION:  EO:  Sentencing to Counts 1 and 2 of the Information as to Defendant Edward K. Price.

JUDICIAL RECOMMENDATIONS: Lompoc, CA.  500 hour drug program.  Mental health treatment.  Vocational and educational training.

Submitted by:  Theresa Lam, Courtroom Manager